# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2015 OCT 22  PM 1: 21

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALFRED LOUIS VASSALLO JR.,<br><br>                    Defendant. | CASE NO. 10cr4330-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an information has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Notice of Criminal Contempt Proceedings:

      __18 USC 401__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   October 22, 2015

                                                Hon. DANA M. SABRAW
                                                UNITED STATES DISTRICT JUDGE